## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV08-5256-GAF (MLG) | Date | October 3, 2008 |
|---|---|---|---|
| Title | Mark Miller v. Michael J. Astrue, etc. | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| T. Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed

On August 18, 2008, Plaintiff filed a pro se complaint for judicial review of a final order of the Commissioner of Social Security denying his application for disability benefits. On August 20, 2008, the court issued a scheduling order directing Plaintiff to serve the United States Attorney, the Attorney General of the United States and the Commissioner of Social Security in conformity with Fed.R.Civ.P. 4(i), no later than September 20, 2008. Addresses were provided for effecting service. The Commissioner, the United States Attorney and the Attorney General apparently have never been served.

It is ORDERED that Plaintiff show cause in writing on or before **October 16, 2008**, why this complaint should not be dismissed for failure to prosecute. Fed.R.Civ.P. 41(b). Should Petitioner properly effect service on the Commissioner, the Attorney General and the United States Attorney, and file a proof of service prior to October 16, 2008, the Order to Show Cause shall be dismissed. **Plaintiff is further advised that if she fails to respond to this order or file a proof of service as directed, the action will be dismissed without further notice.**

                                                                                                                            :
                                                                        Initials of Clerk    ts